UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| SHANNYN WHITE | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) NO. 3:20-CV-673-CHB |
| | ) |
| LOUISVILLE-JEFFERSON COUNTY | ) |
| METRO GOVERNMENT, *et al*. | ) |
| | ) |
| Defendants | ) |

## ANSWER TO COMPLAINT

Comes now the Defendant, Louisville-Jefferson County Metro Government (Metro Government), by counsel, and for its Answer to Plaintiff's Complaint, states as follows.

1. Paragraphs 1, 2, 3, 4, 38, 39, 61, 62, 72 of Plaintiffs' Complaint state legal conclusions that do not require responsive pleadings from Metro Government; nevertheless, out of an abundance of caution, Defendant denies the allegations, in part for lack of sufficient knowledge.

2. Defendant is without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 5, 6, 7, 11, 12, 13, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 66 of Plaintiffs' Complaint and, therefore, denies same at this time.

3. In response to Paragraphs 8, 9, 10 of Plaintiff's Complaint, Defendant states that Metro Government is a consolidated local government pursuant to KRS 67C, that Louisville Metro

Police Department (LMPD) is an agency of Metro Government. As the officers referenced in the Complaint are unnamed, Metro Government has insufficient information with which to admit or deny their employment status or Metro Government's training of said officers.

4. In response to Paragraph 14, Defendant admits that it used flash bangs, tear gas, pepper balls, and 40 millimeter blunt impact projectiles in its efforts to maintain crowd control and safety during the protests at issue. Defendant denies the remaining allegations contained in Paragraph 14 of the Complaint.

5. With respect to Paragraphs 15, 16 Defendant states that comments made by the individuals referenced in the Complaint are matters of public record and will speak for themselves.

6. With respect to Paragraph 17, Defendant states that all statements made to the press will speak for themselves.

7. Paragraphs 40-59 of Plaintiff's Complaint do not state claims against Metro Government and therefore do not require responsive pleadings from it; nevertheless, out of an abundance of caution, Metro Government denies the allegations in Paragraphs 40-59 of Plaintiff's Complaint, in part for lack of sufficient knowledge.

8. In response to Paragraph 60 of Plaintiff's Complaint, Defendant restates and incorporates by reference all answers and defenses set forth above.

9. Defendant denies the allegations contained in Paragraphs 63-65

10. Defendant denies the allegations contained in Paragraphs 68-71

### **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim for which relief can be granted.

2. Defendant is entitled to absolute immunity and any other applicable immunities.

3. The injuries and damages claimed in this Complaint were caused in whole or in part by the actions of Plaintiff and/or a third party.

4. The Plaintiff's injuries and damages, if any, were caused in whole or in part from intervening acts and/or superseding causes over which Defendant has no control or for which this Defendant has no responsibility or liability.

5. Defendant affirmatively pleads each of the enumerated defenses contained in Federal Rules of Procedure 8 and 12, including but not limited to waiver, laches and estoppel, to the extent such defense or defenses are or may be applicable.

6. Plaintiff has failed to mitigate damages, if any, and is therefore barred from relief.

7. Punitive damages are not recoverable against a municipal defendant.

8. Defendant expressly reserves the right to file further pleadings and to assert additional defenses as the proof develops.

**WHEREFORE,** Defendant respectfully requests:

1. Dismissal of Plaintiff's Complaint with prejudice;

2. Trial by jury;

3. Its costs expended herein; and

4. Any and all other relief to which it appears reasonably entitled.

Respectfully Submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *Susan K. Rivera*
Susan K. Rivera
Assistant Jefferson County Attorney
531 Court Place, Ste. 900
Louisville, Kentucky 40202
PHONE: (502) 574-3076
FAX: (502) 574-5573
EMAIL: susan.rivera@louisvilleky.gov
*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

It is hereby certified that on October 21, 2020, the foregoing was electronically filed with the clerk of the court by using the ECF system which will send an electronic copy to all counsel of record.

/s/ *Susan K. Rivera*
Susan K. Rivera