UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20-CV-673-CHB

*(Filed Electronically)*

SHANNYN WHITE                                                                                       PLAINTIFF

v.                                             **JOINT STATUS REPORT**

LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT, ET AL                                    DEFENDANTS

\*\*\*\* \*\*\*\* \*\*\*\*

       Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's July 12, 2021 Order, the parties in the above-captioned case hereby submit their Joint Status Report and offering the following to the Court:

       1.     The parties are mutually continuing to work on discovery, which is quite voluminous and not complete at this time. The parties are working together well on this process however, and there appear to be no issues to bring before ethe Court at this time.

       2.     Due to the outstanding discovery, the parties believe that a settlement conference would not be helpful at this time.

       3.     The parties do anticipate however that, due to the amount of discovery involved, that some of the deadlines previously entered by this Court may now not be practicable.

       4.     As such, the parties request that they either be permitted to submit a Proposed Agreed Order to the Court modifying these dates, or, should the Court desire more information on the issue with the current deadlines, that the parties be granted a status conference date in the near future to discuss the nature of the need for said extensions.

Jointly and Respectfully submitted,

FERNANDEZ HAYNES & MOLONEY PLLC
401 West Main Street, Suite 1807
Louisville, Kentucky 40202
(502) 589-1001

By: /s/ Ashlea N. Hellmann
Ashlea N. Hellmann
ahellmann@fhmlegal.com
Marìa A. Fernàndez
mfernandez@fhmlegal.com

COUNSEL FOR PLAINTIFFS

AND

MCBRAYER LAW FIRM
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
Telephone: (502) 327-5400

By: /s/ James McKiernan (w/ permission)
jmckiernan@mcbrayerfirm.com

COUNSEL FOR DEFENDANT
LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT