UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20-CV-673-CHB

*(Filed Electronically)*

SHANNYN WHITE                                                                                                          PLAINTIFF

v.            **AGREED ORDER MODIFYING SCHEDULING ORDER**

LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT, ET AL                                                                             DEFENDANTS

***** ***** *****

The parties, being in agreement, and this Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the below deadlines shall be continued as follows:

a. The deadline for joinder of parties and amending pleadings shall now be **June 10, 2022**.

b. The deadline for the completion of fact discovery shall now be **July 15, 2022**.

c. The deadline for the Plaintiff to make all expert disclosures required by Rule 26(a)(2) shall now be **August 12, 2022**.

d. The deadline for the Defendants to make all expert disclosures required by Rule 26(a)(2) shall be **September 9, 2022**.

e. The deadline for filing dispositive motions and all motions *in limine*, including Daubert motions, shall be **November 18, 2022**.

March 10, 2022

Regina S. Edwards, Magistrate Judge
United States District Court

1

Jointly and Respectfully submitted,

FERNANDEZ HAYNES & MOLONEY PLLC
401 West Main Street, Suite 1807
Louisville, Kentucky 40202
Telephone: (502) 589-1001

  By: /s/ Ashlea N. Hellmann_____
     Ashlea N. Hellmann ahellmann@fhmlegal.com
     Marìa A. Fernàndez  mfernandez@fhmlegal.com

COUNSEL FOR THE PLAINTIFF

and

MCBRAYER LAW FIRM
500 West Jefferson Street, Suite 2400
Louisville, KY 40202
Telephone: (502) 327-5400


  By: /s/ James McKiernan (w/ permission)
     jmckiernan@mcbrayerfirm.com

COUNSEL FOR DEFENDANT
LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT