**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**SHANNYN WHITE**                                                    **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 3:20-CV-673-CHB**

**LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT et al**                                   **DEFENDANT**

**ORDER**

A telephonic status conference was conducted in this matter on April 20, 2022. Ashlea Hellman participated on behalf of the plaintiff. James E. McKiernan, III participated on behalf of the defendants.

Based on a discussion, the parties are to file a joint status report no later than **May 23, 2022**. The report shall include a proposed amended scheduling order for the Court's consideration, if needed.

Date: April 20, 2022         **ENTERED BY ORDER OF COURT:
REGINA S. EDWARDS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
JAMES J. VILT, JR., CLERK
By:** _____/s/___*Ashley Henry*_____
                                                        **Deputy Clerk**

Copies to counsel

0|05